IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

GARY DON ROBINSON                          §

VS.                                        §                    CIVIL ACTION NO. 1:10cv471

FEDERAL BUREAU OF PRISONS, ET AL.    §

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Gary Don Robinson, an inmate at the Federal Correctional Complex located in Beaumont, Texas, proceeding *pro se*, brought the above-styled lawsuit.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the defendants' motion to dismiss and motion for summary judgment should be granted and the action be dismissed. Additionally, the Magistrate Judge recommended that the exercise of supplemental jurisdiction should be declined pursuant to 28 U.S.C. § 1367(c).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. Plaintiff filed objections to the Magistrate Judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court concludes plaintiff's objections are without merit. For the reasons set forth in the Report, the defendants' motion to dismiss and motion for summary judgment should be granted.

<u>O R D E R</u>

Accordingly, plaintiff's objections are **OVERRULED**.  The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**.  It is therefore

**ORDERED** that the defendants' motion to dismiss and motion for summary judgment is **GRANTED**.  The court declines the exercise of supplemental jurisdiction over any state law claim pursuant to 28 U.S.C. § 1367(c).  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the **17** day of **September, 2019.**

_____
Thad Heartfield
United States District Judge